THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT C. HINTON, JR., Appellant. [986 NYS2d 373]—Motion for

reargument denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Sconiers, JJ.